RJT INVESTMENTS X, LLC, RANDALL J. THOMPSON, TAX MATTERS PARTNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
RJT Invs. X, LLC v. Comm'r
Docket No. 11769-05
United States Tax Court
2006 U.S. Tax Ct. LEXIS 39; April 18, 2006, Decided
*39 For RJT INVESTMENTS X, LLC, RANDALL J. THOMPSON, TAX MATTERS PARTNER, Petitioner: Edward Morris Robbins, Jr., Hochman, Salkin, Rettig, etc., Beverly Hills, CA.
David Laro, Judge.
David Laro
ORDER
On April 5, 2006, the Court filed respondent's Motion for Summary Judgment. On April 17, 2006, the Court filed petitioner's Reply to Respondent's Motion for Summary Judgment and Petitioner's Cross-Motion for Summary Judgment. Also on April 17, 2006, the Court filed respondent's Response to Petitioner's Reply to Respondent's Motion for Summary Judgment and Petitioner's Cross-Motion for Summary Judgment. On April 5, 2006, the Court filed petitioner's Motion to Dismiss This Case for Lack of Jurisdiction. On April 10, 2006, the Court filed respondent's Response to Petitioner's Motion to Dismiss for Lack of Jurisdiction. Upon due consideration, it is
ORDERED that petitioner's motion to dismiss for lack of jurisdiction is denied. It is further
ORDERED that respondent's motion for summary judgment is granted. It is further
ORDERED that petitioner's cross-motion for summary judgment is denied.
/s/ David Laro
David Laro
Judge
Dated: Washington, D.C.
April 18, 2006